84,123-01

COURT OF CRIMINAL APPEALS
OF TEXAS
P.O. BOX 12308                                   Court
Capitol Station                         Cause No. 20,784
Austin, Texas 78711

October 15, 2015

RE:  REQUEST FOR "STATUS" OF 11.07 FILED IN HARDIN COUNTY, TEXAS
     356/88 JUDICIAL DISTRICT COURT, KOUNTZE COUNTY TEXAS.

CLERK OF THE COURT:

Dear Sir,

On September 18, 2010 in the 356/88 Judicial District Court
of Hardin County, Texas Kountze County, Texas, Vedal Davis in
Cause No. 20,784 was found Guilty and Sentenced to 33 years
imprisonment in the Texas Department of Criminal Justice Institu-
tional Division,(TDCJ).

On, SEPTEMBER 08, 2015         , I Vedal A. Davis filed a 11.07
a Writ of Habeas Corpus within the Clerk's Office in Hardin
County, Texas for the 356/88 Judicial District Court and have
waited the prospective 35 days to receive answer from the Court
or Court Clerk adjudicating it's Facts and Conclusions of Law
or rendering the relief requested within my Writ and Memorandum
In Support of my 11.07 Claims.

To-date October 15, 2015, I have NOT been contacted by the 356/88
Judicial District Court or it's clerk rendering answer to my
11.07 Writ of Habeas Corpus Application for relief and/or assigning
a Cause Number thereto.

My 'request' to the Honorable Court of Criminal Appeals of Texas
Court Clerk is, that this affidavit be processed as a formal
request in law to the issuance of a Writ of Mandamus to the
356/88 Judicial District Court to answer Vedal Davis' 11.07
Writ of Habeas Corpus and/or the Claims therein concerning his
Challenge to 356/88 Court's Jurisdiction, Vedal Davis' "Illegal
Restraint", Vedal Davis' "Illegal Sentence by way of 'constitutional
defect' within his enhancement paragraph.

In the alternative that the Honorable Court of Criminal Appeals
of Texas having received answer from the 356/88 Court trans-
ferring Davis' 11.07 to the Court, that Davis be given ample
time and opportunity to render reply to the State's findings.

Respectively Submitted,

Mr. Vedal Abdul Davis
VEDAL ABDUL DAVIS pro se
TDCJ-ID # 1682276
Ramsey One Unit
1100 F.M. 655
Rosharon, Texas 77583

CC:VAD.

RECEIVED IN
COURT OF CRIMINAL APPEALS
OCT 19 2015
Abel Acosta, Clerk